IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN OF NORTH CAROLINA

FILED
CHARLOTTE, NC

MAR 1 1 2019

US DISTRICT COURT
WESTERN DISTRICT OF NC

Diane Michele Carter

v.  **ORDER**

Thomas Pellicane, *et al*

### In the Matter of the Designation of a Magistrate Judge for Service in Another District

Pursuant to 28 U.S.C. § 636(f), in an emergency and upon the concurrence of the chief judges of the districts involved, a United States magistrate judge may be temporarily assigned to perform any of the duties specified in subsections (a), (b), or (c) of this section in a judicial district other than the judicial district for which he or she has been appointed. No magistrate judge shall perform any of such duties in a district to which he or she has been temporarily assigned until an order has been issued by the chief judge of such district specifying the emergency by reason of which the magistrate judge is being transferred, the duration of his or her assignment, and the duties which he or she is authorized to perform.

Due to exigencies, the Fourth Circuit Court of Appeals has assigned the above-captioned civil case in the Western District of North Carolina to the Honorable Cameron M. Currie, Senior United States District Judge for the District of South Carolina. This assignment has created an emergency situation in the Western District of North Carolina due to the unavailability of a Western District of North Carolina magistrate judge to assist Judge Currie with her work on the case. For this reason, the court certifies the need for assistance from a visiting U.S. magistrate judge from the District of South Carolina, the Honorable Shiva V. Hodges, during the pendency of this case in the court.

**THEREFORE, IT IS ORDERED**, with the concurrence of the Honorable R. Bryan Harwell, Chief Judge of the District of South Carolina, that United States Magistrate Judge Shiva V. Hodges is hereby designated to hold court and perform any and all judicial duties designated under 28 U.S.C. §636, subsections (a), (b), and (c) in the Western District of North Carolina on an as needed basis during the pendency of case No. 3:19-cv-00104, *Dianne Michele Carter v. Thomas Pellicane et al.*

Dated this 11th day of March, 2019

_____
/Honorable Frank D. Whitney
**Chief Judge**