DESIGNATION OF A SENIOR UNITED STATES JUDGE
FOR SERVICE IN ANOTHER DISTRICT WITHIN THE CIRCUIT

_____

WHEREAS, in my judgment the public interest so requires: Now, therefore pursuant to the authority vested in me by Title 28, United States Code, Section 294(c), I do hereby designate and assign the Honorable Cameron McGowan Currie, Senior United States District Judge for the District of South Carolina, to hold a district court in the Western District of North Carolina in the case of *Carter v. Pellicane, et al.*, 3:19-cv-00104, filed March 4, 2019, and for such time as needed in advance to prepare and thereafter as required to complete unfinished business in the matter.

_____
Chief Judge
Fourth Circuit

Dated __March 7__, 2019